# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 9, 2023

## NO. 03-22-00795-CV

**Armon Crenshaw, Appellant**

**v.**

**Shanique Thomas, Appellee**

**APPEAL FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS**
**DISMISSED FOR WANT OF JURISDICTION –**
**OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from an interlocutory ruling by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.